AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

USA

V.

David Gibson, et al

**EXHIBIT AND WITNESS LIST**

Case Number: CR 15-23 RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Richard. G. Andrews | R. Kravetz, L. Wolfe, J. McCall | See Docket |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/2/2018 - 5/3/2018 | Valerie Gunning/Leonard Dibbs | K. Ringgold/N. Selmyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 3/13/2018 | | | William H. Beckner, III - Shaw Systems Employee |
| W2 | | 3/13/2018 | | | Donald Walker - Consultant with SEC |
| W3 | | 3/13/2018 | | | Martin Infanti - Former Wilmington Trust Employee |
| W4 | | 3/15/2018 | | | Tosha Styles - M & T Bank Employee |
| W5 | | 3/16/2018 | | | Stephen W. Cummings - M & T Bank Employee |
| W6 | | 3/19/2018 | | | James Corkery - Federal Reserve Bank Employee |
| W7 | | 3/22/2018 | | | Kimberly Stomeyer - Former Wilmington Trust Employee |
| W8 | | 3/26/2018 | | | Christine Oliver - FBO Special Agent |
| W9 | | 3/26/2018 | | | David Fomunyam - Bank Examiner |
| W10 | | 3/27/2018 | | | Margery Stuart - M&T Bank Employee |
| W11 | | 3/27/2018 | | | Ellen J. Roberts - Former Wimington Trust Employee |
| W12 | | 3/28/2018 | | | Mitch Slijepcevic |
| W13 | | 3/25/2018 | | | Richard Conway - Retired Wilmington Trust Employee |
| W14 | | 3/29/2018 | | | Barbar Marley |
| W15 | | 4/2/2018 | | | Lawrence Hart - Investigator for Department of Defense |
| W16 | | 4/2/2018 | | | Joseph Terraova - Former Wilmington Trust Employee |
| W17 | | 4/4/2018 | | | William "Terry" Brewer |
| W18 | | 4/9/2018 | | | John Depman - KPMG Examiner |
| W19 | | 4/10/2018 | | | Mac Hodgson |
| W20 | | 4/10/2018 | | | Michael Schechter |
| W21 | | 4/11/2018 | | | Melissa Bennett |
| W22 | | 4/11/2018 | | | Antony Lapicola - Special Agent |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

☙AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | USA | | vs. | David Gibson, et al | CASE NO. CR 15-23 RGA |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | W1 | 4/17/2018 | | | Victor Pelillo - CPA |
| | W2 | 4/17/2018 | | | Dr. Laura E. Simmons - Expert |
| | W3 | 4/17/2018 | | | Reverend Lathem |
| | W4 | 4/17/2018 | | | William Meaney - David Gibson's Brother-in-law |
| | W5 | 4/17/2018 | | | Kate Beck - Associate at McCarter and English |
| | W6 | 4/17/2018 | | | Brother Ronald Ginnaldi |
| | W7 | 4/17/2018 | | | Rachel Ofori |